IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
|  | ) | BEFORE: David T. Schultz |
| Plaintiff, | ) | U.S. Magistrate Judge |
|  | ) |  |
| v. | ) | Case No:  22-cr-124 NEB/TNL |
|  | ) | Date:  September 20, 2022 |
| Hayat Mohamed Nur(8), | ) | Courthouse:  Minneapolis |
|  | ) | Courtroom:  9E |
| Defendant, | ) | Time Commenced:  2:28 p.m. |
|  |  | Time Concluded:  2:34 p.m. |
|  |  | Time in Court:  6 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert, Assistant U.S. Attorney
Defendant: Manny Atwal
      X FPD(for today's purpose)

Date Charges Filed: 9/13/2022      Offense: wire fraud conspiracy; wire fraud; money laundering

X Advised of Rights

on    X Superseding Indictment

**X Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

Next appearance date is TBD for:
  X Arraignment hrg

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                  s/jam
                                                  Signature of Courtroom Deputy